JOHN W. AMBERG (SBN #108166)
JENNIFER B. BROWN (SBN #263121)
JAMES J. McGRATH (SBN #260253)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  310-576-2233
Facsimile:  310-576-2200
Email:  jwamberg@bryancave.com
jennifer.brown@bryancave.com
james.mcgrath@bryancave.com

Attorneys for Defendant/Counterclaimant
BAC HOME LOAN SERVICING LP (by name change from COUNTRYWIDE HOME LOANS SERVICING LP, successor in interest to COUNTRYWIDE HOME LOANS, INC.)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| DAVIS T. NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a corporation, and DOES 1-10,<br><br>　　　　Defendants. | Case No. SACV08-00830 CJC (PJWx)<br><br>[District Judge Hon. Cormac J. Carney, Room 9B, Santa Ana]<br><br>**[PROPOSED] JUDGMENT** |
| BAC HOME LOANS SERVICING LP,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>DAVIS T. NGUYEN,<br><br>　　　　Counterclaim Defendant. | Complaint Filed: July 25, 2008<br>Trial Date:　　　February 1, 2011 |

SM01 813731

[PROPOSED] JUDGMENT

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1   The Motion for Summary Judgment Defendant and Counterclaimant BAC
2   Home Loans Servicing LP ("BAC"), and Countrywide Home Loans, Inc.
3   (collectively, "CHL Defendants"), to the Third Amended Complaint of Plaintiff and
4   Counterclaim Defendant Davis T. Nguyen's ("Plaintiff") was granted in favor of
5   BAC by the above entitled court on November 4, 2010.
6   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
7   The Third Amended Complaint of Plaintiff is hereby DISMISSED WITH
8   PREJUDICE and Plaintiff shall recover nothing from BAC.
9   SUCH JUDGMENT IS ENTERED.

11  DATED:  December 07, 2010                _____
                                              HON. CORMAC J. CARNEY

**Respectfully Submitted By:**

John W. Amberg
Jennifer B. Brown
James J. McGrath
**BRYAN CAVE LLP**


By:   /s/ James J. McGrath
      James J. Mc Grath
Attorneys for Defendant/Counterclaimant
BAC HOME LOAN SERVICING LP (by
name change from COUNTRYWIDE HOME
LOANS SERVICING LP, successor in interest
to COUNTRYWIDE HOME LOANS, INC.)

SM01 813731

2

[~~PROPOSED~~] JUDGMENT